# EXHIBIT 7

**Bruce F. Webster & Associates**  
1092 Cinnamon Ridge Drive  
Provo, UT 84606  

(303) 502-4141 (mobile)  
(385) 225-9601 (office)  
bwebster@bfwa.com  

**Privileged and Confidential**

INVOICE #160317-01      DATE: March 17, 2016

TO:   Edward Naughton  
       Brown Rudnick LLP  
       One Financial Center  
       Boston, MA 02111  

Re: *American Railcar Industries, Inc.* v. *GyanSys, Inc.*

| Staff | Level | Hours Billed | Hourly Rate | Amount |
|---|---|---|---|---|
| Bruce F. Webster | Principal | 20.0 | $400.00 | $8,000.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **DUE PRIOR TO STARTING WORK** |  |  |  | **$8,000.00** |

Make check payable to **and please mail to**:

Bruce F. Webster & Associates  
1092 Cinnamon Ridge Drive  
Provo, UT 84606  
(303) 502-4141  
Taxpayer ID: 54-7844981  
Invoice #160317-01

| Bruce F. Webster & Associates | (303) 502-4141 (mobile) |
|---|---|
| 1212 East 800 South | (385) 225-9601 (office) |
| Provo, UT 84606 | bwebster@bfwa.com |

**Privileged and Confidential**

INVOICE #161027-01                           DATE: October 27, 2016

TO:   Edward Naughton
      Brown Rudnick LLP
      One Financial Center
      Boston, MA 02111

Re*: American Railcar Industries, Inc.* v. *GyanSys, Inc.*

| **Staff** | **Level** | **Hours Billed** | **Hourly Rate** | **Amount** |
|---|---|---|---|---|
| Bruce F. Webster | Principal | 35.0 | $400.00 | $14,000.00 |
| | | | | |
| | | | | |
| | | | | |
| **DUE BEFORE OR AT MY DEPOSITION ON NOVEMBER 3, 2016** | | | | **$14,000.00** |

Make check payable to **and please mail to**:

  Bruce F. Webster & Associates
  1212 East 800 South
  Provo, UT 84606
  (303) 502-4141
  Taxpayer ID: 54-7844981
  Invoice #160317-01

| **Bruce F. Webster & Associates** | (303) 502-4141 (mobile) |
|---|---|
| **1212 East 800 South** | |
| **Provo, UT 84606** | bwebster@bfwa.com |

Privileged and Confidential

INVOICE #161118-01    DATE: November 18, 2016

TO:   Edward Naughton
      Brown Rudnick LLP
      One Financial Center
      Boston, MA 02111

Re: *American Railcar Industries, Inc.* v. *GyanSys, Inc.*

| **Staff** | **Level** | **Hours Billed** | **Hourly Rate** | **Amount** |
|---|---|---|---|---|
| Bruce F. Webster | Principal | 32.0 | $400.00 | $12,800.00 |
| Expenses | | | | $2,447.77 |
| **DUE NET 30 (12/18/2016)** | | | | $15,247.77 |
| **IF PAID BY 11/30/2016 (5% DISCOUNT FOR FAST PAYMENT)** | | | | $14,485.38 |

Make check payable to **and please mail to**:

Bruce F. Webster & Associates
1212 East 800 South
Provo, UT 84606
(303) 502-4141
Taxpayer ID: 54-7844981
Invoice #161118-01

| Bruce F. Webster & Associates | (303) 502-4141 (mobile) |
|---|---|
| 1212 East 800 South | |
| Provo, UT 84606 | bwebster@bfwa.com |

**Privileged and Confidential**

**Invoice No.:** 161118-01

**Re:** *American Railcar Industries, Inc. v. GyanSys, Inc.*

Expenses for Bruce F. Webster:

| Date | Expense | Amount |
|---|---|---|
| Nov 1-4, 2016 | Round trip from SLC to BOS (adjusted) | $1,106.96 |
| Nov 1-4, 2016 | Lodging in Boston | 1,340.81 |
| **TOTAL** | **EXPENSES FROM 10/28/16 TO 11/17/16** | **$2,447.77** |

**Note:** when I booked my economy-class travel to Boston, Delta offered me a purchase-time, on-line upgrade to first class for $157/leg, which I accepted. The amount above represents what the cost of the economy-class ticket would have been, while the attached receipt shows my final purchase price.

| Bruce F. Webster & Associates | (303) 502-4141 (mobile) |
|---|---|
| 1212 East 800 South | |
| Provo, UT 84606 | bwebster@bfwa.com |

Privileged and Confidential

INVOICE #170209-01                    DATE: February 9, 2017

TO:   Edward Naughton
      Brown Rudnick LLP
      One Financial Center
      Boston, MA 02111

Re: *American Railcar Industries, Inc.* v. *GyanSys, Inc.*

| **Staff** | **Level** | **Hours Billed** | **Hourly Rate** | **Amount** |
|---|---|---|---|---|
| Bruce F. Webster | Principal | 7.0 | $400.00 | $2,800.00 |
| Expenses | | | | $0.00 |
| **DUE NET 30 (03/11/17)** | | | | **$2,800.00** |

Make check payable to **and please mail to**:

Bruce F. Webster & Associates
1212 East 800 South
Provo, UT 84606
(303) 502-4141
Taxpayer ID: 54-7844981
Invoice #170209-01

**Bruce F. Webster & Associates**  
**1212 East 800 South**  
**Provo, UT 84606**

(303) 502-4141 (mobile)

bwebster@bfwa.com

Privileged and Confidential

INVOICE #170630-02

DATE: June 30, 2017

TO: Edward Naughton  
Brown Rudnick LLP  
One Financial Center  
Boston, MA 02111

Re: *American Railcar Industries, Inc.* v. *GyanSys, Inc.*

| Staff | Level | Hours Billed | Hourly Rate | Amount |
|---|---|---|---|---|
| Bruce F. Webster | Principal | 39.0 | $400.00 | $15,600.00 |
| Expenses billed | | | | 0.00 |
| Total amount | | | | $15,600.00 |
| 50% of retainer applied | | | | (4,000.00) |
| Total due | | | | $11,600.00 |
| **DUE NET 30 (07/30/17)** | | | | **$11,600.00** |

Make check payable to **and please send via FedEx (overnight afternoon, billed to recipient: acct #1211-5788-8)**:

Bruce F. Webster & Associates  
1212 East 800 South  
Provo, UT 84606  
(303) 502-4141  
Taxpayer ID: 54-7844981  
Invoice #170630-02

**Bruce F. Webster & Associates**
**1212 East 800 South**
**Provo, UT 84606**

(303) 502-4141 (mobile)

bwebster@bfwa.com

Privileged and Confidential

INVOICE #170809-01

DATE: August 9, 2017

TO:  Edward Naughton
     Brown Rudnick LLP
     One Financial Center
     Boston, MA 02111

Re: *American Railcar Industries, Inc.* v. *GyanSys, Inc.*

| Staff | Level | Hours Billed | Hourly Rate | Amount |
|---|---|---|---|---|
| Bruce F. Webster | Principal | 38.0 | $400.00 | $15,200.00 |
| Expenses billed | | | | 0.00 |
| Total billed time | | | | $15,200.00 |
| Expenses (on following page) | | | | $904.00 |
| Total amount | | | | $16,104.00 |
| Remaining 50% of retainer applied | | | | (4,000.00) |
| Total due | | | | $12,104.00 |
| **DUE NET 30 (07/30/17)** | | | | **$12,104.00** |

Make check payable to **and please send via FedEx (overnight afternoon, billed to recipient: acct #1211-5788-8)**:

Bruce F. Webster & Associates
1212 East 800 South
Provo, UT 84606
(303) 502-4141
Taxpayer ID: 54-7844981
Invoice #170809-01

OK.
[signature]
8/14/17

**Bruce F. Webster & Associates**  
**1212 East 800 South**  
**Provo, UT 84606**

(303) 502-4141 (mobile)

bwebster@bfwa.com

**Privileged and Confidential**

Invoice No.: 170809-01

Re: *American Railcar Industries, Inc. v. GyanSys, Inc.*

Expenses for Bruce F. Webster:

| Date | Expense | Amount |
|---|---|---|
| July 4-8, 2017 | Round trip from SLC to JFK | $904.00 |
| **TOTAL** | **EXPENSES FROM 07/01/17 TO 08/09/17** | **$904.00** |

**Note**: the airfair represents the second charge made in rebooking my flights. Between the two tickets I purchased (and had to cancel), I received enough partial credit to pay for my last flight out to New York. I'm out some money, but I'm happy to waive that.